UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| KENNETH FRANCIS | CIVIL ACTION NO. 15-1454-P |
| VERSUS | JUDGE FOOTE |
| LOUISIANA DEPARTMENT OF PUBLIC SAFETY & CORRECTIONS, ET AL | MAGISTRATE JUDGE HORNSBY |

**JUDGMENT**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including written objections filed by Plaintiff, and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's civil rights complaint is **DISMISSED WITH PREJUDICE** as frivolous under 28 U.S.C. § 1915(e). **IT IS FURTHER ORDERED** that motions #2, 15, 18, 22, and 24 are **DENIED**. The Clerk of Court is instructed to send a copy of this Judgment to the keeper of the Three Strikes List in Tyler, Texas.

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 17th day of March 2016.

ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE